## BROWN *v.* PETERS.

[No. 10,727. Filed March 9, 1921.]

APPEAL.—*Questions Presented.—Assignments of Error Without Points or Authorities.*—No question is presented for review by assignments of error which are not supported by points or authorities.

From Vigo Superior Court; *William T. Gleason,* Judge.

Action between Henry Brown and Joseph P. Peters. From the judgment rendered, the former appeals. *Affirmed.*

*Charles M. Fortune,* for appellant.

*Walker & Blankenbaker,* for appellee.

NICHOLS, J.—Appellant assigns four errors. He relies for reversal upon two of these. There are no points or authorities upon either of the errors relied upon for reversal. Nothing is presented to the court. The judgment is affirmed.

---

## RAYL *v.* URMSTON GRAIN COMPANY.

[No. 10,715. Filed March 9, 1921.]

APPEAL.—*Briefs.—Questions Presented.—Rules of Court.*—The court on appeal is unable to determine what issue is presented by a set-off, where there was no statement in appellant's brief as to its contents, as the brief fails to comply with Rule 22 clause 5 of the Supreme and Appellate Courts, requiring that appellant's brief shall contain a concise statement of so much of the record as fully presents every error and exception relied on.

From Howard Circuit Court; *William C. Overton,* Judge.

Action by the Urmston Grain Company against William H. Rayl. From the judgment rendered, the defendant appeals. *Affirmed.*